MARTHA H. SMOLA, Plaintiff-Appellee *v.* JOSEPH LACIC, Special Admr. *et al.,* Defendants-Appellants.

(No. 53555;

First District—December 30, 1970.

Opinion by Mr. PRESIDING JUSTICE RYAN.

Wahler & Pecyna, and Crowley, Spreder, Barrett & Karaba, both of Chicago, for appellants.

Doyle, Budzinski & Brogan, of Chicago, for appellee.